EXHIBIT B

This is the summary of the key requirements and implications of the **Regulation on Marriage of Saudi Nationals to Non-Saudis (Ministerial Decision No. 6874),** based on available English translations and authoritative legal summaries.

**Regulation on Marriage of Saudi Nationals to Non-Saudis (Ministerial Decision No. 6874)**

This Regulation was issued to control the marriage of Saudi nationals (male and female) to non-Saudis and is critical because it mandates official government approval and sets conditions that must be met *before* a marriage is recognized in Saudi Arabia.

**Key Requirements and Conditions for Marriage Recognition**

The Regulation establishes that a Saudi national (which includes the mother of your child, based on context) seeking to marry a non-Saudi foreigner must first secure official government permission:

1. **Mandatory Government Approval:** A Saudi citizen who wishes to marry a non-Saudi individual must obtain **prior permission** from the **Ministry of Interior** or its authorized representative.

2. **Prohibited Categories:** The Regulation lists specific categories of Saudis (e.g., senior officials, judges, Royal Court employees, and military/security personnel) who are strictly **prohibited** from marrying a non-Saudi without special, high-level permission from the King or High Authority.

3. **No Undesirability:** The non-Saudi spouse must not be "undesirable" for reasons related to their personality, nationality, or **religion**. This specifically includes individuals who hold beliefs not approved by Islamic Sharia.

4. **Specific Conditions (Age/Income):** Various conditions apply, which often include minimum age requirements, an income requirement for the male spouse, and an age difference limit between the spouses.

**Consequences for Violating the Regulation**

Article 9 of Ministerial Decision No. 6874 sets out the consequences for any marriage found by the competent authority to be in violation of these approval procedures and conditions. These consequences are the legal foundation for your argument that your parental rights are extinguished:

- **Non-Registration:** The marriage will **not be registered** by the competent Saudi authorities.
    - *Implication for you:* Since your marriage in Florida was never approved by the Saudi government, it is not legally recognized under Saudi civil status laws,

EXHIBIT B

> making the legal status of the husband and father tenuous or nonexistent under Saudi law.

- **Denial of Entry/Termination of Residence:** The foreign spouse may be **denied entry** into the Kingdom, and their residence permit (Iqama) may be **terminated** if they are residing within the Kingdom.

- **Disciplinary Action:** The Saudi national who violated the rules may face disciplinary trial.